IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Dr. Betty J. Hines, | ) | C/A No. 3:20-1334-SAL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Richland School District One; Mr. Craig Witherspoon; Dr. Jennifer Coleman; Mrs. Marilyn Davis, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

    The court's docket reflects that Plaintiff filed proof of service for each defendant that state she served the defendants by delivering documents to Joessetta Sims at 1616 Richland Street, Columbia, SC 29201. (ECF No. 19.) However, the defendants have not answered or otherwise appeared in this matter. Plaintiff's proof of service does not reflect that she properly served the defendants under Federal Rule of Civil Procedure 4(e), (h). Also, the time limit to effect service under Federal Rule of Civil Procedure 4(m)—90 days—has since passed.

    Plaintiff is reminded that she must provide, and is responsible for, properly effecting service under Rule 4(e), (h). The United States Marshal cannot serve an inadequately identified defendant or registered agent.[1] Further, if Plaintiff seeks an extension of time to effect service, she must show good cause for her failure to do so previously. See FRCP 4(m).

    **Therefore, Plaintiff is permitted, within fourteen (14) days from the date this order is entered (plus three days for mail time), to move for an extension of time to complete service and show good cause as to why the extension should be granted.**

**TO THE CLERK OF COURT**:

    The Office of the Clerk of Court is directed to mail a copy of this order to Plaintiff. The Plaintiff will have fourteen (14) days from the date this Order is entered (plus three days for mail time) to submit a motion for an extension of time to the Clerk of Court.

---

[1] Plaintiff's motions for a hearing are denied. (ECF Nos. 27 & 29.) Plaintiff has not demonstrated that she properly served the defendants under Rule 4, therefore, an entry of default pursuant to Federal Rule of Civil Procedure 55(a) is not appropriate at this time.

**IT IS SO ORDERED**.

December 22, 2020
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

*Plaintiff's attention is directed to the important warning on the next page.*

# IMPORTANT INFORMATION . . . PLEASE READ CAREFULLY

# WARNING TO *PRO SE* PARTY OR NONPARTY FILERS

All documents that you file with the court will be available to the public on the internet through PACER (Public Access to Court Electronic Records) and the court's Electronic Case Filing System. **CERTAIN <u>PERSONAL IDENTIFYING INFORMATION</u> SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS <u>BEFORE</u> YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Federal Rule of Civil Procedure 5.2, provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to **all** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

    **(a) Social Security and Taxpayer Identification Numbers.** If an individual's Social Security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
    **(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
    **(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.
    **(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information—such as driver's license numbers and alien registration numbers—may be sought under Rule 5.2(d) (Filings Made Under Seal) and (e) (Protective Orders).